IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

PATRICK D. BANKS                                                                                  PETITIONER

V.                              NO: 2:05CV00161 JLH

LINDA SANDERS, Warden,
FCI Forrest City, Arkansas                                                                      RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's motion for contempt is denied.

IT IS SO ORDERED this 16th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE